868 A.2d 1030

WAWA, INC., PLAINTIFF–APPELLANT, v. TOWNSHIP OF WES-
TAMPTON AND WESTAMPTON TOWNSHIP LAND DEVEL-
OPMENT BOARD, DEFENDANTS–RESPONDENTS.

February 4, 2005.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.